UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI T. BURTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF DEPUTY WOODS,<br><br>    Defendant. | Case No. EDCV 11-839 DMG(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that this action is dismissed without prejudice and that Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Judgment and the United States Magistrate Judge's Report and Recommendation on the parties to this action.

IT IS SO ORDERED.

DATED: May 31, 2012    _____

                                    DOLLY M. GEE<br>                                    UNITED STATES DISTRICT JUDGE