UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI T. BURTON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SHERIFF DEPUTY WOODS,<br><br>　　　　　Defendant.<br>_____ | ) Case No. EDCV 11-839 DMG(JC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 31, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE